v.

Russell BUSKIRK, Appellant.

Supreme Court of Pennsylvania.

Feb. 20, 2007.

---

Kenneth Alan CARTER, Appellant,

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.